CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 03 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JERRY RESTO DIAZ,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:09-cv-00017 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **JERRY RESTO DIAZ,** | ) | By: Hon. Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B) as frivolous, and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 3rd day of February, 2009.

_____
United States District Judge

